THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against JAMES M. SMITH, as Assessor of the Town of Mamaroneck, et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against FRANK BARNES, Substituted in Place of EUGENE C. HARDING, Deceased, as Assessor of the Village of Larchmont, et al., Appellants.

Argued May 21, 1945; decided July 19, 1945.

*John L. Delius* for James M. Smith, as assessor of the Town of Mamaroneck, and others, appellants.

*William J. McWilliams* for Frank Barnes, substituted in place of Eugene C. Harding, deceased, as assessor of the Village of Larchmont, and others, appellants.

*Monroe J. Cahn* for respondent.

Orders affirmed, with costs, upon the ground that the property assessed was of nominal value only. We pass upon no other question. No opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: LEHMAN, Ch. J.